# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JAVIER JAIMES SALTO,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR, GOLDEN STATE ANNEX, et al.,<br><br>Respondents. | Case No. 1:26-cv-08824-KES-SAB-HC<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 2) |

The Court has read and considered the application of Adam L. Crayk, attorney for Petitioner, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Adam L. Crayk's application for admission to practice Pro Hac Vice (ECF No. 2) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge